JS - 6

FILED: 5/13/15

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Lilian Dominguez,* | CASE NO. CV 14-7489-GHK (FFMx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Bank of America, N.A., et al.* | |
| Defendants. | |

Pursuant to the Court's May 13, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint ("FAC") is **DISMISSED with prejudice**. Plaintiff shall take nothing by this FAC.

**IT IS SO ORDERED**.

DATED: May 13, 2015

_____
GEORGE H. KING
Chief United States District Judge